AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| PAIRPREP, INC. d/b/a OPTICSML<br><br>*Plaintiff(s)*<br>v.<br>ASCENSION DATA AND ANALYTICS, LLC, REIDPIN LLC, ROCKTOP PARTNERS LLC, URSUS HOLDINGS LLC<br><br>*Defendant(s)* | Civil Action No. 2:21-CV-00057 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ursus Holdings LLC
through its Registered Agent, Capitol Corporate Services, Inc.
206 E. 9th Street, Suite 1300
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Eric H. Findlay
Findlay Craft, P.C.
102 North College Avenue, Suite 900
Tyler, Texas 75702

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 3/3/21

CLERK OF COURT

*David A. O'Toole*
*Signature of Clerk or Deputy Clerk*

**Eastern District of Texas - Marshall Division, Texas**
100 E HOUSTON ST ROOM 125 MARSHALL TX 75670

**PRIORITY SERVICE**

# CASE #: 2:21-CV-00057

**PAIRPREP, INC. D/B/A OPTICSML**

*Plaintiff*
**vs**
**ASCENSION DATA AND ANALYTICS, LLC., REIDPIN, LLC., ROCKTOP PARTNERS, LLC., URSUS HOLDINGS, LLC.**

*Defendant*

## AFFIDAVIT OF SERVICE

I, **JAMES R HENDERSON**, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit. That I received the documents stated below on 03/05/21 11:41 am, instructing for same to be delivered upon URSUS HOLDINGS, LLC. BY DLIVERING TO, REGISTERED AGENT, CAPITAL CORPORATE SERVICES.

| | |
|---|---|
| That I delivered to: | URSUS HOLDINGS, LLC. BY DLIVERING TO, REGISTERED AGENT, CAPITAL CORPORATE SERVICES. By Delivering to Holden Kennedy, Authorized To Accept |
| the following | : SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBITS; CIVIL COVER SHEET |
| at this address | : 206 E. 9TH ST STE 1300 Austin, Travis County, TX 78701 |
| Manner of Delivery | : By PERSONALLY delivering the document(s) to the person above. |
| Delivered on | : Friday MAR 5, 2021 3:12 pm |

My name is JAMES R HENDERSON, my date of birth is OCT 24th, 1980, and my address is Professional Civil Process Downtown, 2211 S. IH 35, Suite 105, Austin TX 78741, and U.S.A. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County, State of Texas, on the _____5_____ day of _____March_____, 20_21_.

_____
JAMES R HENDERSON    2732    Declarant
TX Certification#: PSC-12091 Exp. 06/30/2021

AX02A21301643
tomcat
eaffidavits@pcpusa.net

Service Fee: 155.00    PCP Inv#: Z21300056
Witness Fee:    .00    SO  Inv#: A21301643
Mileage Fee:    .00    Reference : URSUS HOLDINGS
Findlay, Eric H.

**RETURN TO CLIENT**

Civil Action No. 2:21-CV-00057

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Ursus Holdings, LLC**
was received by me on *(date)* **March 4, 2021 2:15pm**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Tina Smith** , who is designated by law to accept service of process on behalf of *(name of organization)* **Ursus Holdings LLC** on *(date)* **March 4, 2021** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **March 4, 2021**

*Server's signature* — **Rojelio R Perez - PSC17051 Exp 7/31/21**

*Printed name and title* — **Rojelio R Perez - Process Server**

*Server's address* — **3118 Hillcrest Dr, Rowlett TX 75088**

Additional information regarding attempted service, etc: